UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GM GOLD & DIAMONDS, LP | § § § § | |
| Plaintiff | § § | |
| v. | § § | CIVIL ACTION NO 4:23-cv-102 |
| RAFAELLO & COMPANY INC. dba RAFAELLO & CO. | § § § | |
| and RAFAEL ARANBAYER | § § | |
| Defendants | § § | |

## APPLICATION FOR DEFAULT JUDGMENT BY COURT

To: Rafaello & Company Inc. doing business as Rafaello & Co. and Rafael Aranbayer.

PLEASE TAKE NOTICE THAT on or after September 5, 2023 or as soon thereafter as this matter may be considered by the above entitled Court, located at 515 Rusk Ave., Room 8509, Plaintiff has presented its application for a default judgment against all Defendants. Plaintiff presented proof of the following matters:

1. Defendant, Rafael Aranbayer, is not an infant, or incompetent person or in the military service or otherwise exempted under the Soldiers' and Sailors' Relief Act of 1940; and

2. Said Defendants have not appeared in this action; and

3.  Plaintiff is entitled to a judgment against Defendants on account of the claim pleaded in the Complaint: breach of contract for principal, interest, attorney's fees and enforcement of guaranty.

4.  The amount of judgment sought is the sum of $280,776.83 as set forth in the declaration of Robert J. Mackay.

This Application is based on this Notice, the attached declaration of Robert J. Mackay and the pleadings, files and other matters that may be presented at the hearing.

Dated:     Pasadena, Texas
August 15, 2023

/Robert J. Mackay/
Robert J. Mackay
TBN 12761400
P.O. Box 7031
Pasadena, Texas 77508-7031
(713) 899-6279 Tel.
rjm@mackaylawfirm.com

ATTORNEY FOR WORLD'S GOLD

To:    Rafaello & Company Inc.
       dba Rafaello & Co.
       Rafael Aranbayer
       82-11 Beverly Rd.
       Kew Gardens, NY 11415