United States District Court
Southern District of Texas
**ENTERED**
October 27, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GM GOLD & DIAMONDS LP, | § § § | CIVIL ACTION NO 4:23-cv-00102 |
| Plaintiff, | § § § | |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| RAFAELLO & COMPANY INC and RAFAEL ARANBAYER, Defendants. | § § § § § | |

**ORDER GRANTING DEFAULT JUDGMENT**

The motion by Plaintiff GM Gold & Diamonds, LP for entry of default judgment is granted. Dkt 15.

It has previously been established that Defendants Rafael Aranbayer and Rafaello & Company, Inc were properly served. Dkts 6 & 16. Defendants have failed to otherwise appear or respond. The request by Plaintiff GM Gold & Diamonds, LP for entry of default was granted. Dkts 13 & 14. The facts alleged by Plaintiffs in the complaint and supporting affidavits are thus accepted as true. See *Nishimatsu Construction Co v Houston National Bank*, 515 F2d 1200, 1206 (5th Cir 1975) (citations omitted).

Upon consideration of the pleadings, a sufficient basis exists to enter judgment.

Plaintiff has submitted a statement of damages with supporting evidence, showing the amount owed of $169,700.18; interest on that amount of $63,011.04; attorney fees of $56,566.73; court costs of $400.00, and service costs of $220.00, plus post-judgment interest, for a

total of $289,897.95. Dkt 15-3; see also Dkts 1-3, 1-4, 15-1 & 15-2.

It is determined that Plaintiff has incurred these damages and costs and that the requested attorney fees are reasonable.

The motion for default judgment is GRANTED. Dkt 15.

Judgment is entered against Defendants Rafello & Company, Inc and Rafael Aranbayer, jointly and severally, in the amount of $289,897.95.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on October 27, 2023, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge